United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-12908-WB |
| Nelly Ofoegbu | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 25, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: achaama98@gmail.com | Jul 26 2025 00:45:00 | Nelly Ofoegbu, 19935 Mapes Ave, Cerritos, CA 90703-6548 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| Shannon A Doyle | on behalf of Interested Party Courtesy NEF sdoyle@ghidottiberger.com  bknotifications@ghidottiberger.com |
| Shannon A Doyle | on behalf of Creditor SchoolsFirst Federal Credit Union sdoyle@ghidottiberger.com  bknotifications@ghidottiberger.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

**FILED & ENTERED**

**JUL 25 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:25-bk-12908-WB |
| Nelly Ofoegbu, | Chapter 13 |
| | **ORDER TO SHOW CAUSE RE DISMISSAL** |
| | Date:       August 20, 2025<br>Time:      1:30 PM<br>Courtroom: 1375<br>255 East Temple Street<br>Los Angeles, CA 90012 |
| Debtor(s). | |

ON THE COURT'S OWN MOTION, IT IS HEREBY ORDERED that the debtor, Nelly Ofoegbu, shall appear in Courtroom 1375 on the 13th Floor of the Edward R. Roybal Building, 255 East Temple Street, Los Angeles, California 90012 on **August 20, 2025 at 1:30 p.m**. to show cause why this chapter 13 case should not be dismissed for the debtor's failure to indicate in the Declaration re Income whether the debtor received any income within the 60-day period before the petition date.

If the debtor files an amended declaration at least seven (7) days prior to the scheduled hearing, the order to show cause may be discharged and the debtor's appearance may not be necessary.

-1-

-2-

IT IS FURTHER ORDERED that the debtor's failure to comply with the requirements noted above or failure to appear at the hearing may result in the dismissal of the case.

###

Date: July 25, 2025

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge